UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOYAGER INDEMNITY INSURANCE
COMPANY,

              Plaintiff,

- against -

TRANSPORTATION INSURANCE COMPANY,

              Defendant.

---

23-cv-1282 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **March 8, 2023.**

SO ORDERED.

Dated:    New York, New York
            February 22, 2023

                                          John G. Koeltl
                                     United States District Judge