**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VOYAGER INDEMNITY INSURANCE
COMPANY,

                Plaintiff,

  -against-                              23 **CIVIL** 1282 (JGK)(GWG)

                                                          **JUDGMENT**

TRANSPORTATION INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 25, 2023, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff Voyager Indemnity Insurance Company and Defendant Transportation Insurance Company by and through counsel, have stipulated that this action and all claims therein, including counterclaims, are dismissed with prejudice, without costs or fees to any party as against any other. Judgment is hereby entered; accordingly, the case is closed.

**Dated:**  New York, New York
           May 25, 2023

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                      **BY:**    *K. Mango*
                                                                  **Deputy Clerk**